**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JACQUELINE ROSE HYDOCK,<br><br>Defendant. | **CR-23-54-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on November 3, 2026. (Doc. 71.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 14, 2026. (Doc. 66.) The government accused Jacqueline Hydock (Hydock) of violating the conditions of her supervised release by: (1) using methamphetamine. (Doc. 63.)

At the revocation hearing Hydock admitted that she had violated conditions 1 as set forth in the Petition. (Doc. 66.) Judge Johnston found that the violation Hydock admitted proves serious and warrants revocation, and recommended that she receive a custodial sentence of 3 months on Count 1 and 3 months on Count 4 with the terms to run concurrently, and 27 months of supervised release on Count 1 and 27 months of supervised release on Count 4, with the terms to run concurrently. Judge Johnston also recommended that during the term of supervised release that Hydock be placed in a secure in-patient substance abuse treatment facility such as Passages for up to 90 days at the direction of her probation officer. (Doc. 71.) Judge Johnston advised Hydock of her right to appeal and to allocute before the undersigned.(Doc. 66.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 71) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jacqueline Rose Hydock be sentenced to 3 months on Count 1 and 3 months on Count 4 with the terms to run concurrently, and 27 months of supervised release on Count 1 and 27 months of supervised release on Count 4, with

the terms to run concurrently. During the term of supervised release, Hydock will be placed in a secure in-patient substance abuse treatment facility such as Passages for up to 90 days at the direction of her probation officer.

DATED this 18th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts